**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

    **C 13-2904 MMC**    Sandoz Inc. v. Amgen Inc., et al.
    **C 14-4741 RS**    Amgen Inc. , et al. v. Sandoz Inc., et al.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: November 14, 2014

    MAXINE M. CHESNEY
    United States District Judge