RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SANDOZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs<br><br>v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING ADR DEADLINES** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited ("Plaintiffs") and Defendant Sandoz Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 9), the deadline to file ADR Certification and either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (collectively "ADR Deadlines") was December 30, 2014;

WHEREAS, the Initial Case Management Conference was rescheduled from January 20 to January 22, 2015, thereby extending the ADR Deadlines to January 2, 2015 (ECF No. 19);

WHEREAS, Defendant's representative for completing the ADR Certification is

1  unavailable due to Defendant's company-wide closure during the holidays (Declaration of Anders

2  T. Aannestad in Support of Stipulated Request Extending ADR Deadlines ("Aannestad Decl.")

3  ¶ 2);

4      WHEREAS, no previous time modifications in this case have been stipulated to by the

5  parties or ordered by the Court (*id.* ¶ 3);

6      WHEREAS, the parties have agreed to extend Defendant's ADR Deadlines until January

7  9, 2015 (*id.* ¶ 4); and

8      WHEREAS, the instant request will not have any effect on the schedule for the case (*id.*

9  ¶ 5).

10      Pursuant to Local Rule 6-2(a), the parties hereby request a Court Order extending the

11  ADR Deadlines until January 9, 2015, as stipulated to by the parties.

12

13  Dated: January 2, 2015                    MORRISON & FOERSTER LLP

14

15                                                            By:      /s/Rachel Krevans

16                                                                   Rachel Krevans

17                                                                   Attorneys for Defendant
                                                                SANDOZ INC.

18

19  OF COUNSEL:

20  GRANT J. ESPOSITO
    GEsposito@mofo.com
21  MORRISON & FOERSTER LLP
    250 West 55th Street
22  New York, NY  10019-9601
    Telephone: 212.468.8000
23  Facsimile: 212.468.7900

24

25

26

27

28

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | |
| 4 | By:  /s/Nicholas Groombridge<br>Nicholas Groombridge |
| 5 | Attorneys for Plaintiffs<br>AMGEN INC. and AMGEN MANUFACTURING, LIMITED |

### ECF ATTESTATION

I, Rachel Krevans, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: January 2, 2015              MORRISON & FOERSTER LLP


By:  /s/Rachel Krevans
     Rachel Krevans


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __1/5__, 2015          _____
                                THE HONORABLE RICHARD SEEBORG
                                UNITED STATES DISTRICT COURT JUDGE