```
RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SANDOZ INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs<br><br>v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited ("Amgen") and Defendant Sandoz Inc. ("Sandoz"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Amgen filed a Motion for Partial Judgment Under Rule 12(c) or, in the Alternative, Motion for Partial Summary Judgment Under Rule 56 ("Amgen's Motion") on January 6, 2015 (ECF No. 35);

WHEREAS, the current deadline for Sandoz to respond to Amgen's Motion is January 20, 2015 (*id.*);

WHEREAS, as indicated in the Case Management Statement filed January 15, 2015 (ECF No. 40 at p. 5), the parties have discussed the briefing schedule for Amgen's Motion and Sandoz

| | |
|---|---|
| 1 | has requested three additional days to respond to Amgen's Motion ("Keane Decl.") ¶ 2; |
| 2 | WHEREAS, Amgen and Sandoz have agreed that Sandoz may respond to Amgen's |
| 3 | Motion on or before January 23, 2015 (*id.* ¶ 3); |

has requested three additional days to respond to Amgen's Motion ("Keane Decl.") ¶ 2;

WHEREAS, Amgen and Sandoz have agreed that Sandoz may respond to Amgen's Motion on or before January 23, 2015 (*id.* ¶ 3);

WHEREAS, on January 6, 2015, this Court granted the parties' stipulated request extending ADR deadlines, and this is the only other previous time modification in this case stipulated to by the parties or ordered by the Court (*id.* ¶ 4); and

WHEREAS, the instant request will not have any effect on the schedule for the case (*id.* ¶ 5).

Pursuant to Local Rule 6-2(a), the parties hereby request a Court Order extending the deadline for Sandoz to respond to Amgen's Motion until January 23, 2015.

Dated: January 20, 2015

MORRISON & FOERSTER LLP

By: _____/s/Rachel Krevans_____
Rachel Krevans

Attorneys for Defendant
SANDOZ INC.

OF COUNSEL:

GRANT J. ESPOSITO
GEsposito@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____/s/Nicholas Groombridge_____
Nicholas Groombridge

Attorneys for Plaintiffs
AMGEN INC. and AMGEN
MANUFACTURING, LIMITED

**ECF ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: January 20, 2015            MORRISON & FOERSTER LLP


By: _____/s/Rachel Krevans_____
　　　　Rachel Krevans


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __1/20____, 2015           _____
　　　　　　　　　　　　　　　　　THE HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE