UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>SANDOZ INC., SANDOZ<br>INTERNATIONAL GMBH, and<br>SANDOZ GMBH,<br><br>　　　　Defendants. | Case No.: 3:14-CV-4741 RS |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

　　　　Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this  23rd  day of  January , 2015.

BY THE COURT:

_/s/ Richard Seeborg_