UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMGEN INC. ET AL

             Plaintiff(s),
v.

SANDOZ INC. ET AL

             Defendant(s).
_____/

No. C 14-04741 RS (MEJ)

**NOTICE OF REFERRAL FOR DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

      This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is attached herewith and available on the Court's website at http://www.cand.uscourts.gov/mej.

      The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any **pending discovery motions** are hereby **DENIED WITHOUT PREJUDICE** to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

      Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED**

Dated: February 2, 2015

_____
Maria-Elena James
United States Magistrate Judge