United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC., et al.,<br>        Plaintiffs,<br>   v.<br>SANDOZ INC., et al.,<br>        Defendants. | Case No. 14-cv-04741-RS   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 48 |

On January 29, 2015, the parties filed a Joint Motion for Entry of Protective Order. Dkt. No. 48. Although the parties have come to agreement as to the majority of a protective order for this case, they request the Court's assistance in resolving three provisions: (1) permission for house counsel to access highly confidential information; (2) prosecution bar; and (3) termination of prosecution and FDA bars. Upon review of the parties' positions, the Court finds that Amgen has failed to show that deviation from the Model Protective Order for Patent Cases is warranted. Accordingly, the parties shall file a proposed protective order that follows the model order.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge