UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC., et al.,<br>            Plaintiffs,<br>    v.<br>SANDOZ INC., et al.,<br>            Defendants. | Case No. 14-cv-04741-RS<br><br>**SCHEDULING ORDER** |

The following schedule is hereby set for the filing of plaintiff Amgen, Inc.'s motion for preliminary injunction. The motion shall be heard at 1:30PM on Monday, March 2, 2015.

- Amgen's moving brief, witness list, and expert reports: February 5, 2015
- Depositions of Amgen's witnesses: Weeks of February 9 and 16, 2015
- Sandoz's opposition brief, witness list, and expert reports: February 19, 2015
- Depositions of Sandoz's witnesses: Week of February 23, 2015
- Amgen's reply brief: February 24, 2015

Parties are free to meet and confer to reach an alternate proposed stipulated briefing schedule that will be subject to Court approval.

Furthermore, the hearing date for Amgen's motion for judgment on the pleadings and defendant Sandoz, Inc.'s cross-motion is hereby consolidated with the preliminary injunction hearing on March 2, 2015. Amgen's opposition brief to Sandoz's cross-motion is due on February 6, 2013, and Sandoz's reply is due on February 13, 2015, as per previously set briefing deadlines.

1  **IT IS SO ORDERED**.

3  Dated: February 5, 2015

_____
RICHARD SEEBORG
United States District Judge