RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SANDOZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINES ON MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Amgen Inc. and Amgen Manufacturing Limited ("Amgen") and Defendant Sandoz Inc. ("Sandoz"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Amgen filed a Motion for a Preliminary Injunction ("Amgen's Motion") on February 5, 2015 (ECF No. 56);

WHEREAS, the current deadline for Sandoz's opposition to Amgen's Motion is February 19, 2015 and the current deadline for Amgen's reply brief is February 24, 2015;

WHEREAS, pursuant to the February 5, 2015 Scheduling Order (ECF No. 55), the parties have met and conferred regarding an alternate briefing schedule for Amgen's Motion;

WHEREAS, Amgen and Sandoz have agreed to an alternate briefing schedule; and

STIP. REQ. AND [PROP] ORDER TO EXTEND DEADLINES ON MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:14-cv-04741-RS
sd-656907

1

WHEREAS, the instant request will not have any effect on the remaining schedule for the case.

Pursuant to Local Rule 6-2(a), the parties hereby request a Court Order setting the following dates:

- **February 24, 2015** — Sandoz's opposition to Amgen's Motion, including witness declarations

- **March 3, 2015** — Close of deposition period for Sandoz's witnesses in opposition to Amgen's Motion

- **March 6, 2015** — Amgen's reply brief

- **March 13, 2015, 10:00 a.m.** — Hearing on Amgen's Motion and the parties' motions for judgment on the pleadings (subject to the Court's availability)

Sandoz agrees that it will not launch its biosimilar filgrastim product in the United States until the earlier of April 10, 2015, or a ruling in Sandoz's favor on Amgen's Motion. As previously agreed, should the Court rule in favor of Sandoz on Amgen's Motion before April 10, 2015, Sandoz shall provide Amgen five days' advance notice of Sandoz's launch. The parties further agree that should either party appeal the decision of this Court, the parties will jointly seek an expedited briefing schedule in the Federal Circuit and will jointly request expedited review of the Federal Circuit's decision.

Dated: February 19, 2015                    MORRISON & FOERSTER LLP

                                            By: /s/Rachel Krevans
                                                Rachel Krevans

                                            Attorneys for Defendant
                                            SANDOZ INC.

STIP. REQ. AND [PROP] ORDER TO EXTEND DEADLINES ON MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:14-cv-04741-RS
sd-656907

2

| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | |
| 3 | By: /s/Vernon Michael Winters |
| 4 | Vernon Michael Winters |
| 5 | Attorneys for Plaintiffs<br>AMGEN INC. and AMGEN MANUFACTURING, LIMITED |
| 6 | |
| 7 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 8 | |
| 9 | By: /s/Nicholas Groombridge |
| 10 | Nicholas Groombridge |
| 11 | Attorneys for Plaintiffs<br>AMGEN INC. and AMGEN MANUFACTURING, LIMITED |

STIP. REQ. AND [PROP] ORDER TO EXTEND DEADLINES ON MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:14-cv-04741-RS
sd-656907

**ECF ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 19, 2015

MORRISON & FOERSTER LLP

By: /s/Rachel Krevans
Rachel Krevans

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/19 , 2015

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

STIP. REQ. AND [PROP] ORDER TO EXTEND DEADLINES ON MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:14-cv-04741-RS
sd-656907

1