RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

GRANT J. ESPOSITO (*pro hac vice*)
GEsposito@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
SANDOZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>            Plaintiffs,<br><br>       v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>            Defendants. | Case No. 3:14-cv-04741-RS<br><br>**ADMINISTRATIVE MOTION FOR LEAVE AND STIPULATED REQUEST TO SUPPLEMENT THE RECORD WITH ADDITIONAL EVIDENCE AND [PROPOSED] ORDER**<br><br>Date:  March 13, 2015<br>Time:  10:00 a.m.<br>Crtrm: 3, 17th Floor<br><br>The Honorable Richard Seeborg |

Pursuant to Local Rule 7-11 and Federal Rule of Evidence 106, Defendant Sandoz Inc. ("Sandoz") hereby moves to supplement the record on Amgen's Motion for a Preliminary Injunction (ECF No. 56), specifically, to supplement certain evidence that was submitted in Amgen's Reply in Support of Its Motion for a Preliminary Injunction ("Reply"), as exhibits to the Declaration of Alexander D. Baxter ("Baxter Decl."). Sandoz requests that the record be supplemented with the following material:

1. Transcript of the deposition of Alexander Thole conducted on February 26, 2015 ("Thole Transcript"). With its Reply, Amgen submitted excerpts of the Thole Transcript, (Baxter Decl. Ex. B). Sandoz believes that additional testimony from the witness should be added for completeness and requests that the record be supplemented with additional testimony located on page 280 of the Thole Transcript. This additional testimony, along with the testimony submitted by Amgen, is provided as Exhibit A to the Declaration of Erik J. Olson ("Olson Decl."), submitted herewith.[1]

2. A document produced by Sandoz in this litigation that has a Bates stamp beginning with SDZ(56)0200760, entitled "Business Review with Carol Lynch" ("Business Review document"). With its Reply, Amgen submitted excerpts of the Business Review document, (Baxter Decl. Ex. C), and Sandoz requests that the record be supplemented with pages SDZ(56)0200761-62, 792-798, 821, and 833-834 from the document. For the Court's benefit, Sandoz is submitting Exhibit 16 to the deposition of Mr. Thole, which is a version of the Business Review document. (Olson Decl. Ex. B.)

3. Transcript of the deposition of Gordon Rausser conducted on March 2, 2015 ("Rausser Transcript"). With its Reply, Amgen submitted excerpts of the Rausser Transcript, (Baxter Decl. Ex. D). Sandoz believes that additional testimony from the witness should be added for completeness and requests that the record be supplemented with additional testimony located on pages 205-206 of the Rausser Transcript. This additional testimony, along with the

---

[1] For the Court's convenience, Exhibit A to the Olson Declaration also includes the additional pages of the Thole Transcript filed with Amgen's Corrected Baxter Declaration Ex. B (ECF No. 87.)

testimony submitted by Amgen, is provided as Exhibit C to the Olson Declaration, submitted herewith.[2]

4. Transcript of the deposition of Robert Azelby conducted February 15, 2015 ("Azelby Transcript"). With its Reply, Amgen submitted excerpts of the Azelby Transcript, (Baxter Decl. Ex. E). Sandoz believes that additional testimony from the witness should be added for completeness and requests that the record be supplemented with additional testimony located on pages 243-245 of the Azelby Transcript. This additional testimony, along with the testimony submitted by Amgen, is provided as Exhibit D to the Olson Declaration, submitted herewith.

Amgen has agreed to the requested supplementation, as indicated below, and the requested supplementation is proper under the Federal Rules of Evidence. *See* Fed. R. Evid. 106 ("If a party introduces all or part of a writing or recorded statement, an adverse party may require the introduction, at that time, of any other part — or any other writing or recorded statement — that in fairness ought to be considered at the same time."); *Beech Aircraft Corp. v. Rainey*, 488 U.S. 153, 172 (1988); *In re Chase Bank USA, N.A. "CHECK LOAN" Contract Litig.*, 274 F.R.D. 286, 289 n.1 (N.D. Cal. 2011). Sandoz respectfully requests that its motion be granted.

Dated: March 11, 2015                                   MORRISON & FOERSTER LLP


                                                        By: /s/Erik J. Olson
                                                            Erik J. Olson

                                                            Attorneys for Defendant
                                                            SANDOZ INC.

---

[2] At Amgen's request, Sandoz also includes pages 203-204 of the Rausser Transcript.

**STIPULATION AGREEING TO SUPPLEMENT THE RECORD**

Pursuant to Civil Local Rule 7-11, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited ("Amgen") and Defendant Sandoz Inc. ("Sandoz"), through their undersigned counsel, hereby stipulate and agree that the record on Amgen's motion for a preliminary injunction should be supplemented as stated above in Sandoz's Motion for Administrative Relief.

Dated: March 11, 2015              MORRISON & FOERSTER LLP


By: /s/Erik J. Olson
    Erik J. Olson

    Attorneys for Defendant
    SANDOZ INC.

SIDLEY AUSTIN LLP


By: /s/Vernon Michael Winters
    Vernon Michael Winters

    Attorneys for Plaintiffs
    AMGEN INC. and AMGEN
    MANUFACTURING, LIMITED

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: /s/Nicholas Groombridge
    Nicholas Groombridge

    Attorneys for Plaintiffs
    AMGEN INC. and AMGEN
    MANUFACTURING, LIMITED

**ECF ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 11, 2015

MORRISON & FOERSTER LLP

By: /s/Rachel Krevans
Rachel Krevans

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/12, 2015

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

ADMIN. MOTION FOR LEAVE AND STIP. REQ. TO SUPPLEMENT THE RECORD
Case No. 3:14-cv-04741-RS
sd-657914

1