UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** March 13, 2015 | **Time:** 2 1/2 hours | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.**: 14-cv-04741-RS | **Case Name:** Amgen Inc. v. Sandoz Inc. | |

**Attorney for Plaintiff:** Nicholas Groombridge, Vernon Winters, Wendy Whiteford, Jennifer Wu, Peter Sandel, Eric Stone, Lois Kwasigroch

**Attorney for Defendant:** Rachel Kravens, Grant Esposito, Erik Olson, Julie Park, Eric Pai

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Belle Ball

### PROCEEDINGS

Motion for Preliminary Injunction and Motion for Judgment on the Pleadings Hearing Held.

### SUMMARY

MOTION/MATTER:   ( ) Granted
                 ( ) Denied request for Preliminary Injunction.
                 ( ) Granted in part/Denied in part
                 **(X) Taken under submission**
                 ( ) Withdrawn/Off Calendar
                 ( ) Continued to:


Order to be prepared by:         ( ) Plaintiff    ( ) Defendant    **(X) Court**