1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIDLEY AUSTIN LLP**
Vernon M. Winters (SBN 130128)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

**AMGEN INC.**
Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc.*
*and Amgen Manufacturing, Limited*

**MORRISON & FOERSTER LLP**
Rachel Krevans (SBN 116421)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
rkrevans@mofo.com

Erik J. Olson (SBN 175815)
755 Page Mill Road
Palo Alto, California  94304
Telephone: 650.813.5600
Facsimile: 650.494.0792
ejolson@mofo.com

Grant J. Esposito (*pro hac vice*)
250 West 55th Street
New York, NY  10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
gesposito@mofo.com

*Attorneys for Defendant Sandoz Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SANDOZ INC.,  SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>                    Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO SHORTEN TIME FOR AMGEN'S MOTION FOR INJUNCTION PENDING APPEAL** |

1    Pursuant to Civil Local Rule 6-2(a), Plaintiffs Amgen Inc. and Amgen Manufacturing,

2  Limited (together, "Amgen") and Defendant Sandoz Inc. ("Sandoz"), through their undersigned

3  counsel submit the following Stipulated Request and [Proposed] Order to Shorten Time for

4  Amgen's Motion for Injunction Pending Appeal.

5    On March 19, 2015, the Court entered an Order on Cross Motions for Judgment on the

6  Pleadings and Denying Amgen's Motion for a Preliminary Injunction (Dkt. No. 105).  On

7  March 24, 2015, the parties jointly requested that the Court enter a final judgment as to those

8  claims and counterclaims pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 106) and also filed a

9  proposed scheduling stipulation (Dkt. No. 106-1).  Pursuant to the parties' proposed scheduling

10  stipulation, Amgen will notice an appeal to the Federal Circuit from the Court's denial of its

11  motion for a preliminary injunction and, if the Court enters a Rule 54(b) final judgment, from

12  that judgment as well.  The parties have agreed to expedite appellate briefing and to seek to

13  have the Federal Circuit schedule oral argument for its June 2015 oral argument calendar.

14    On March 24, 2015, Amgen filed its Motion for Injunction Pending Appeal (Dkt. No.

15  107-5).  This motion's briefing schedule is ordinarily governed by Civil Local Rule 7-3.  The

16  parties have met and conferred regarding an alternate briefing schedule to expedite resolution of

17  this motion and reached agreement as outlined in the parties' proposed scheduling stipulation

18  (Dkt. No. 106-1). With Sandoz's anticipated commercial launch, the issues raised by Amgen's

19  appeal are time-sensitive, and so too is the question of whether Sandoz will be enjoined pending

20  appeal.

21    The parties have requested a Court Order for the following stipulated expedited schedule

22  for Amgen's Motion for Injunction Pending Appeal:

| Description | Proposed Date |
| --- | --- |
| Deadline for Sandoz's response | 3/31/2015 |
| Deadline for Amgen's reply if any | 4/2/2015 |

1          Under this agreed schedule, briefing will conclude by April 2, 2015.  The parties

2    respectfully request that, should the Court deem a hearing necessary, the Court set the date for

3    such hearing as soon after April 2, 2015 as the Court's schedule will allow.

4          This stipulated request to shorten time does not affect other deadlines in this case.

5          Pursuant to Local Rule 6-2(a), the parties hereby request a Court Order shortening the

6    deadlines described above as stipulated by the parties.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:        March 24, 2015

Respectfully submitted,

By: */s/ Vernon M. Winters*
Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Michael T. Wu (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc.*
*and Amgen Manufacturing, Limited*

By: */s/ Rachel Krevans*
Rachel Krevans (SBN 116421)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
rkrevans@mofo.com

Erik J. Olson (SBN 175815)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: 650.813.5600
Facsimile: 650.494.0792
ejolson@mofo.com

Grant J. Esposito (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
gesposito@mofo.com

*Attorneys for Defendant Sandoz Inc.*

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: March 24, 2015

*By: /s/ Vernon M. Winters*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2015        _____
                                    THE HONORABLE RICHARD SEEBORG
                                    UNITED STATES DISTRICT COURT JUDGE