**SIDLEY AUSTIN LLP**
Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Michael T. Wu (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

**AMGEN INC.**
Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc.*
*and Amgen Manufacturing, Limited*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br>vs.<br><br>SANDOZ INC.,  SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br><br>**AMGEN PLAINTIFFS' NOTICE OF APPEAL** |

### **NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Amgen Inc., and Amgen Manufacturing, Limited, ("Amgen"), Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from:

1. The district court's denial of Amgen's motion for a preliminary injunction in the March 19, 2015 Order (Dkt. No. 105).  Attached as Exhibit A is a true and correct copy of the denial of Amgen's motion for a preliminary injunction.

2. The district court's judgment under Fed. R. Cir. P. 54(b) dismissing Amgen's first and second causes of action with prejudice and entering judgment in favor of Sandoz on Sandoz's first, second, third, fourth, and fifty counterclaims, dated March 25, 2015, (Dkt. No. 111) and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying the judgment.  Attached as Exhibit B is a true and correct copy of the Rule 54(b) judgment.

Date:  March 25, 2015

      */s/ Vernon M. Winters*

Vernon M. Winters (SBN 130128)
Alexander D. Baxter (SBN 281569)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

*Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited*

OF COUNSEL:
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice)*
Michael T. Wu (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com