| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br>Vernon M. Winters (SBN 130128)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1503<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>vwinters@sidley.com | **MORRISON & FOERSTER LLP**<br>Rachel Krevans (SBN 116421)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>rkrevans@mofo.com |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Nicholas Groombridge (*pro hac vice*)<br>Eric Alan Stone (*pro hac vice*)<br>Jennifer H. Wu (*pro hac vice*)<br>Jennifer Gordon<br>Peter Sandel (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>ngroombridge@paulweiss.com | Erik J. Olson (SBN 175815)<br>755 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br>ejolson@mofo.com<br><br>Grant J. Esposito (*pro hac vice*)<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>gesposito@mofo.com |
| **AMGEN INC.**<br>Wendy A. Whiteford (SBN 150283)<br>Lois M. Kwasigroch (SBN 130159)<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>Telephone: (805) 447-1000<br>Facsimile: (805) 447-1010<br>wendy@amgen.com | *Attorneys for Defendant Sandoz Inc.* |

*Attorneys for Plaintiffs Amgen Inc.*
*and Amgen Manufacturing, Limited*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>　　　　　　　　　Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR AMGEN'S MOTION FOR INJUNCTION PENDING APPEAL** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited (together, "Amgen") and Defendant Sandoz Inc. ("Sandoz"), through their undersigned counsel submit the following Stipulated Request and [Proposed] Order to Shorten Time for Amgen's Motion for Injunction Pending Appeal.

On March 19, 2015, the Court entered an Order on Cross Motions for Judgment on the Pleadings and Denying Amgen's Motion for a Preliminary Injunction (Dkt. No. 105). On March 24, 2015, the parties jointly requested that the Court enter a final judgment as to those claims and counterclaims pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 106) and also filed a proposed scheduling stipulation (Dkt. No. 106-1). Pursuant to the parties' proposed scheduling stipulation, Amgen will notice an appeal to the Federal Circuit from the Court's denial of its motion for a preliminary injunction and, if the Court enters a Rule 54(b) final judgment, from that judgment as well. The parties have agreed to expedite appellate briefing and to seek to have the Federal Circuit schedule oral argument for its June 2015 oral argument calendar.

On March 24, 2015, Amgen filed its Motion for Injunction Pending Appeal (Dkt. No. 107-5). This motion's briefing schedule is ordinarily governed by Civil Local Rule 7-3. The parties have met and conferred regarding an alternate briefing schedule to expedite resolution of this motion and reached agreement as outlined in the parties' proposed scheduling stipulation (Dkt. No. 106-1). With Sandoz's anticipated commercial launch, the issues raised by Amgen's appeal are time-sensitive, and so too is the question of whether Sandoz will be enjoined pending appeal.

The parties have requested a Court Order for the following stipulated expedited schedule for Amgen's Motion for Injunction Pending Appeal:

| Description | Proposed Date |
|---|---|
| Deadline for Sandoz's response | 3/31/2015 |
| Deadline for Amgen's reply if any | 4/2/2015 |

1   Under this agreed schedule, briefing will conclude by April 2, 2015.  The parties
2   respectfully request that, should the Court deem a hearing necessary, the Court set the date for
3   such hearing as soon after April 2, 2015 as the Court's schedule will allow.
4   This stipulated request to shorten time does not affect other deadlines in this case.
5   Pursuant to Local Rule 6-2(a), the parties hereby request a Court Order shortening the
6   deadlines described above as stipulated by the parties.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:         March 24, 2015

Respectfully submitted,

| By: */s/ Vernon M. Winters* | By: */s/ Rachel Krevans* |
|---|---|
| Vernon M. Winters (SBN 130128) | Rachel Krevans (SBN 116421) |
| SIDLEY AUSTIN LLP | MORRISON & FOERSTER LLP |
| 555 California Street, Suite 2000 | 425 Market Street |
| San Francisco, CA 94104-1503 | San Francisco, CA 94105-2482 |
| Telephone: (415) 772-1200 | Telephone: (415) 268-7000 |
| Facsimile: (415) 772-7400 | Facsimile: (415) 268-7522 |
| vwinters@sidley.com | rkrevans@mofo.com |
| | |
| Nicholas Groombridge (*pro hac vice*) | Erik J. Olson (SBN 175815) |
| Eric Alan Stone (*pro hac vice)* | MORRISON & FOERSTER LLP |
| Jennifer H. Wu (*pro hac vice*) | 755 Page Mill Road |
| Jennifer Gordon | Palo Alto, California  94304 |
| Peter Sandel (*pro hac vice*) | Telephone: 650.813.5600 |
| Michael T. Wu (*pro hac vice*) | Facsimile: 650.494.0792 |
| PAUL, WEISS, RIFKIND, WHARTON | ejolson@mofo.com |
| & GARRISON LLP | |
| 1285 Avenue of the Americas | Grant J. Esposito (*pro hac vice*) |
| New York, NY  10019-6064 | MORRISON & FOERSTER LLP |
| Telephone:  (212) 373-3000 | 250 West 55th Street |
| Facsimile: (212) 757-3990 | New York, NY  10019-9601 |
| ngroombridge@paulweiss.com | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| | gesposito@mofo.com |
| Wendy A. Whiteford (SBN 150283) | |
| Lois M. Kwasigroch (SBN 130159) | *Attorneys for Defendant Sandoz Inc.* |
| AMGEN INC. | |
| One Amgen Center Drive | |
| Thousand Oaks, CA 91320-1789 | |
| Telephone: (805) 447-1000 | |
| Facsimile: (805) 447-1010 | |
| wendy@amgen.com | |

*Attorneys for Plaintiffs Amgen Inc.*
*and Amgen Manufacturing, Limited*

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: March 24, 2015

*By: /s/ Vernon M. Winters*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __3/25__, 2015

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE