UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC., et al.,<br><br>　　　　　　Defendants. | Case No. 14-cv-04741-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 1, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　　　1.　　ALTERNATIVE DISPUTE RESOLUTION.

　　　　MEDIATION. The expectation is the parties will seek to engage in private mediation prior to the claim construction hearing.

　　　　2.　　DISCOVERY.

　　　　Discovery shall be limited as follows: (a) fifteen (15) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) forty (40) requests for admission per party, not including any requests for admission relating to authenticity.

　　　　3.　　DISCOVERY DISPUTES.

　　　　Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter

Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.  SCHEDULE.

The following schedule is hereby set:

- Deadline for Infringement Contentions for '878 Patent — Oct. 15, 2015
- Deadline for Joining Parties and Amending Pleadings — Oct. 15, 2015
- Amgen's Supplemental FRCP 26(a) Disclosures for '878 Patent — Nov. 5, 2015
- Invalidity Contentions Due — Dec. 11. 2015
- Sandoz's Supplemental FRCP 26(a) Disclosures — Dec. 18, 2015
- Exchange of Proposed Terms for Construction — Dec. 22, 2015
- Exchange of Prelim. Claim Constructions and Extrinsic Evidence — Jan. 20, 2016
- Joint Claim Construction and Prehearing Statement — Feb. 19, 2016
- Completion of Claim Construction Discovery — Mar. 16, 2016
- Amgen's Opening Claim Construction Brief — Apr. 1, 2016
- Sandoz's Opposing Claim Construction Brief — Apr. 15, 2016
- Amgen's Reply Claim Construction Brief — Apr. 22, 2016
- Tutorial, to be followed by Claim Construction Hearing — May 4, 2016 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 1, 2015

_____
RICHARD SEEBORG
United States District Judge