UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SANDOZ INC., et al.,<br>　　　　Defendants. | Case No. 14-cv-04741-RS   (MEJ)<br><br>**ORDER RE: CHAMBERS COPIES**<br>Re: Dkt. Nos. 157, 158 |

Pending before the Court is a joint discovery dispute letter and a motion to seal. Dkt. No. 157, 158. No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. The parties shall immediately submit a chambers copy of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

**IT IS SO ORDERED.**

Dated: March 14, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　United States Magistrate Judge