UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC., et al.,<br>　　　　　Plaintiffs,<br>　v.<br>SANDOZ INC., et al.,<br>　　　　　Defendants. | Case No. 14-cv-04741-RS (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 163 |

　　　　The Court is in receipt of the parties' joint discovery letter concerning Defendant Sandoz Inc.'s ("Sandoz") requests for information on how Amgen has purified Neupogen and whether or not that method is covered by the '878 patent, as well as discovery regarding other Amgen products and protocols in which Amgen uses methods covered by the '878 patent. Dkt. No. 163. Having reviewed the parties' positions, the Court ORDERS as follows:

　　　　1)　　To the extent not already produced, Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited ("Amgen") shall produce documents showing how it purified all Neupogen that had been commercially sold and not just the method it "currently uses."

　　　　2)　　Amgen shall produce the Chemistry, Manufacturing & Controls ("CMC") sections from its regulatory submissions for each approved or unapproved product for which Amgen has used a process claimed in the '878 patent.

　　　　3)　　As to Amgen's interrogatory responses that cited 6,000 pages, Amgen must provide a narrative that specifies the records to be reviewed "in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could." Fed. R. Civ. P. 33(d)(1).

　　　　4)　　If Amgen claims Sandoz's requests seek privileged and/or work product

information, it shall provide a detailed privilege log setting forth the factual basis to support each such designation.

**IT IS SO ORDERED.**

Dated: March 14, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge