James F. Hurst (*pro hac vice*)
Michael D. Shumsky (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
       michael.shumsky@kirkland.com

James Beard (S.B.N. 267242)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: james.beard@kirkland.com

*Attorneys for Defendant Sandoz Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  The Honorable Maria-Elena James<br>Crtrm:  B, 15th Floor |

The Court has reviewed Sandoz Inc.'s Administrative Motion to File Under Seal ("Sandoz's Motion") and the declaration submitted in support. The Court finds that the parties have articulated compelling reasons to seal the documents submitted in connection to Sandoz's Motion. The proposed redactions are also narrowly tailored.

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Sandoz's Motion. The Court's ruling on the sealing requests are set forth in the tables below:

| Identification of Document to be Sealed | Court's Order |
|---|---|
| *Exhibit E to Sandoz Inc.'s Motion for Issuance of a Letter of Request Pursuant to the Hague Evidence Convention* | |

IT IS SO ORDERED.

Dated: 8/8/2016



Hon.
Judge Maria-Elena James

2