James F. Hurst (*pro hac vice*)
Michael D. Shumsky (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.hurst@kirkland.com
          michael.shumsky@kirkland.com

James Beard (S.B.N. 267242)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
Email: james.beard@kirkland.com

*Attorneys for Defendant Sandoz Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>  Defendants. | Case No. 3:14-cv-04741-RS<br><br>**[PROPOSED] ORDER GRANTING SANDOZ INC.'S UNOPPOSED MOTION FOR ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION**<br><br>Date:      September 1, 2016<br>Time:      1:30 p.m.<br>Crtrm:    B, 15th Floor<br><br>The Honorable Maria-Elena James |

**ORDER GRANTING UNOPPOSED MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR THE TAKING OF EVIDENCE ABROAD FROM GERMANY FOR THE <u>ROCHE DIAGNOSTICS G.M.B.H. PURSUANT TO THE HAGUE CONVENTION</u>**

Having read and considered Defendants' Unopposed Motion for the Issuance of a Letter of Request for the Taking of Evidence Abroad from Roche Diagnostics G.m.b.H. Pursuant to The Hague Convention, and all matters presented to the Court,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

This Court shall sign the Letter of Request attached as Exhibit A to the Motion, shall affix the seal of the United States District Court for the Northern District of California over said signature, and shall issue two certified copies of the Letter of Request. Defendants shall transmit the Letter of Request and certified copies to the proper authorities in Germany.

SO ORDERED.

DATED: 8/8/2016



_____
Honorable Maria-Elena James