| | |
|---|---|
| Vernon M. Winters (SBN 130128)<br>Alex Baxter (SBN 281569)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1503<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>Email: vwinters@sidley.com<br>            abaxter@sidley.com<br>Additional counsel listed on signature page<br><br>*Attorneys for Plaintiffs Amgen Inc.*<br>*and Amgen Manufacturing Limited* | Rachel Krevans (SBN 116421)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email: rkrevans@mofo.com<br>Additional counsel listed on signature page<br><br>*Attorneys for Defendants Sandoz Inc., Sandoz*<br>*GmbH, and Sandoz International GmbH*<br>(Case No. 3:14-cv-4741 only)<br><br>James W. Beard (S.B.N. 267242)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: james.beard@kirkland.com<br>Additional counsel listed on signature page<br><br>*Attorneys for Defendant Sandoz Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>            Plaintiffs,<br><br>    v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>            Defendants. | Case No.   3:14-cv-04741-RS<br><br>Hon. Richard Seeborg<br>ORDER<br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT |
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>            Plaintiffs,<br><br>    v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS, DD,<br><br>            Defendants. | Case No.   3:16-cv-02581-RS |

Pursuant to Civil L.R. 7-12, Plaintiffs Amgen Inc., Amgen Manufacturing, Limited (collectively, "Amgen"), and Defendants Sandoz Inc., Sandoz GmbH, and Sandoz International GmbH ("Sandoz") (collectively with Amgen, "the Parties"), hereby enter into this Stipulation Continuing Case Management Conference with reference to the following facts:

WHEREAS, on May 27, 2016, the Court issued an order relating this matter with Case No. 3:16-cv-02581-RS (the "Related Matter," collectively with this matter, the "Related Cases") (Dkt. No. 179[1]);

WHEREAS, on August 4, 2016, the Court set a Further Case Management Conference for September 15, 2016, and ordered the Parties submit a Case Management Statement by September 8, 2016 (Dkt. No. 205);

WHEREAS, on August 5, 2016, Amgen and Sandoz Inc. stipulated to Set Case Management Conference Date and Change Deadline for Submission of Case Management Statement in the Related Matter (Case No. 3:16-cv-02581, Dkt. No. 40, the "Stipulation");

WHEREAS, on August 8, 2016, the Court granted the Stipulation and set a joint case management conference in the Related Cases on September 15, 2016 at 10:00 a.m., with the Parties ordered to file a Case Management Statement on September 8, 2016 (Dkt. No. 41);

WHEREAS, not all lead trial counsel for the Parties are able to attend the Case Management Conference on September 15, 2016 due to trials scheduled on this date;

WHEREAS, due to trials scheduled in September and October, the first date on which lead counsel for all Parties are available to attend a case management conference in the Related Cases is October 28, 2016; and

WHEREAS, to avoid any disruption to deadlines in the Related Cases or impact on the schedule, the Parties will submit a Case Management Statement early on September 19, 2016, and will work together to move the Related Cases forward prior to the Case Management Conference;

---

[1] Docket events refer to filings in Case No. 3:14-cv-04741-RS unless otherwise noted.

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the court hold a joint case management conference in the Related Cases on October ~~28~~ 27, 2016 at 10:00 a.m.

Dated: September 2, 2016         SIDLEY AUSTIN LLP

By: /s/ Alexander D. Baxter
Alexander D. Baxter (SBN 281569)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email:      abaxter@sidley.com

*Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.*

Dated: September 2, 2016         MORRISON & FOERSTER

By: /s/ Rachel Krevans
Rachel Krevans (SBN 116421)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:      rkrevans@mofo.com

*Attorneys for Sandoz GmbH and Sandoz International GmbH*
(Case No. 3:14-cv-04741 only)

Dated: September 2, 2016         KIRKLAND & ELLIS LLP

By: /s/ James Beard
James W. Beard (S.B.N. 267242)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email:      james.beard@kirkland.com

*Attorneys for Sandoz, Inc.*

### ATTESTATION REGARDING SIGNATURES

I, James Beard, attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  September 2, 2016                          By:  /s/ James Beard

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___9/2_____ 2016

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE