UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SANDOZ INC., et al.,<br><br>    Defendants. | Case No.  14-cv-04741-RS<br><br>Case Nos. 16-cv-02581-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 28, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    MEDIATION.  The parties will seek to engage in private mediation in the next 120 days.

    2.    AMENDING THE PLEADINGS.

The deadline to amend the pleadings in the -02581 case without seeking leave from the Court shall be November 4, 2016.  After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

    3.    DISCOVERY.

On or before May 10, 2017 all non-expert discovery shall be completed by the parties. Discovery in the -02581 case shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    4.    DISCOVERY DISPUTES.

1 Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and
2 conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.
3 Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under
4 the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter
5 Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that
6 Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or
7 set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further
8 discovery matters shall be filed pursuant to that Judge's procedures.

5.   SCHEDULE.

The following schedule is hereby set:

- Final Privilege Logs — May 24, 2017
- Opening Expert Reports — June 16, 2017
- Rebuttal Expert Reports — July 21, 2017
- Reply Expert Reports — August 4, 2917
- Completion of Expert Discovery — September 13, 2017
- Deadline for Dispositive Motions — October 4, 2017
- Dispositive Motion Responsive Briefs — October 18, 2017
- Dispositive Motion Reply Briefs — October 27, 2017
- Dispositive Motion Hearing — November 9, 2017
- Pretrial Meet and Confer Deadline — November 9, 2017
- Pretrial Statement & Motions in Limine — November 20, 2017
- Proposed Jury Instructions, Verdict Forms, Voir Dire Questions — November 24, 2017
- Oppositions to Motions in Limine — November 27, 2017
- Pretrial Conference — November 30, 2017
- Optional Trial Briefs, Deposition/Discovery Designations — December 4, 2017
- Trial — December 18, 2017

6. FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **May 11, 2017 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED**.

Dated: October 28, 2016

_____
RICHARD SEEBORG
United States District Judge