Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
Additional counsel listed on signature page

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing, Limited*

Rachel Krevans (SBN 116421)
MORRISON &FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: rkrevans@mofo.com
Additional counsel listed on signature page

*Attorneys for Defendants Sandoz Inc., Sandoz
GmbH, Sandoz International GmbH, and Lek
Pharmaceuticals, d.d.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-04741-RS<br>Case No. 3:16-cv-02581-RS<br><br>**STIPULATION AND [PROPOSED]<br>SCHEDULING ORDER** |
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS, D.D.,<br><br>　　　　　　Defendants. | |

Pursuant to Civil Local Rule 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited ("Amgen") and Defendants Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek Pharmaceuticals, d.d. through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 4, 2017, the Parties submitted a Further Case Management Statement (-04741 Dkt. No. 240) setting forth reasons for requesting an extension of the current dates and proposing separate modified schedules to extend the current dates;

WHEREAS, on May 11, 2017, the Parties attended a Further Case Management Conference (-04741 Dkt. No. 246, -02581 Dkt. No. 79) and agreed to submit a joint proposal for a modified schedule;

WHEREAS, the Parties have agreed to the proposed dates through dispositive motions as set forth below;

WHEREAS, the Parties are continuing to discuss trial dates and will advise further about this on Monday, May 15, 2017;

WHEREAS, there have been no scheduling modifications since the Court entered the Case Management Scheduling Order on October 28, 2016 (-04741 Dkt. No. 220, -02581 Dkt. No. 56); and

WHEREAS, the requested extensions will change the Court's previous scheduling order as set forth below;

NOW, THEREFORE, the parties hereby jointly request the modified schedule through dispositive motions set forth below.

**Proposed Revised Schedule**

**Amgen v. Sandoz, Case No. 3:14-cv-04741-RS (N.D. Cal.)**
**Amgen v. Sandoz, Case No. 3:16-cv-02581RS (N.D. Cal.)**

| Description | Current Date from Court's Scheduling Order | Parties' Proposed Date |
| --- | --- | --- |
| Completion of Non-Expert Discovery | 5/10/2017 | 6/23/2017 For the purposes of completing discovery already pending |

1

| Description | Current Date from Court's Scheduling Order | Parties' Proposed Date |
|---|---|---|
| Final Privilege Logs | 5/24/2017 | 7/7/2017 |
| Opening Expert Reports (on issues where the party bears the burden of proof) | 6/16/2017 | 7/14/2017 |
| Rebuttal Expert Reports | 7/21/2017 | 8/18/2017 |
| Reply Expert Report (to rebut any alleged secondary considerations of non-obviousness, which shall be addressed first by Amgen in its Rebuttal Expert Reports) | 8/4/2017 | 9/1/2017 |
| Completion of Expert Discovery | 9/13/2017 | 10/6/2017 |
| Next mediation before | | 9/7/2017 |
| Deadline for Dispositive Motions | 10/4/2017 | 10/25/2017 |
| Dispositive Motion Responsive Briefs | 10/18/2017 | 11/13/2017 |
| Dispositive Motion Reply Briefs | 10/27/2017 | 11/21/2017 |
| Dispositive Motion Hearing | 11/9/2017 | 12/7/2017 or at the Court's convenience |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

Case No. 3:14-cv-04741-RS
Case No. 3:16-cv-02581-RS

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 12, 2017 | By: */s/ Nicholas Groombridge* |
| 3 | | Nicholas Groombridge |
| | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 4 | | 1285 Avenue of the Americas |
| | | New York, NY 10019-6064 |
| 5 | | Telephone: (212) 373-3000 |
| | | Facsimile: (212) 757-3990 |
| 6 | | Email: ngroombridge@paulweiss.com |
| 7 | | Vernon M. Winters (SBN 130128) |
| 8 | | SIDLEY AUSTIN LLP |
| | | 555 California Street, Suite 2000 |
| 9 | | San Francisco, CA 94104-1503 |
| | | Telephone: (415) 772-1200 |
| 10 | | Facsimile: (415) 772-7400 |
| | | vwinters@sidley.com |
| 11 | | |
| 12 | | *Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.* |
| 13 | Dated: May 12, 2017 | By: */s/ Eric C. Pai* |
| | | Rachel Krevans (SBN 116421) |
| 14 | | MORRISON & FOERSTER |
| | | 425 Market Street |
| 15 | | San Francisco, CA 94105-2482 |
| | | Telephone: (415) 268-7000 |
| 16 | | Facsimile: (415) 268-7522 |
| | | Email: rkrevans@mofo.com |
| 17 | | |
| 18 | | *Attorneys for Defendants Sandoz Inc., Sandoz International GmbH, and Lek Pharmaceuticals, d.d.* |

3

**STIPULATION AND [PROPOSED]**     Case No. 3:14-cv-04741-RS
**SCHEDULING ORDER**     Case No. 3:16-cv-02581-RS

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: May 12, 2017

                                          *By: /s/ Sue Wang*
                                             Sue Wang

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: May 15, 2017

   _____
   THE HONORABLE RICHARD SEEBORG
   UNITED STATES DISTRICT COURT JUDGE

# ADDITIONAL COUNSEL

**SIDLEY AUSTIN LLP**
Sue Wang (SBN 286247)
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: abaxter@sidley.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Eric Alan Stone (*pro hac vice*)
Jennifer H. Wu (*pro hac vice*)
Jennifer Gordon
Peter Sandel (*pro hac vice*)
Ana J. Friedman (*pro hac vice*)
Arielle K. Linsey (*pro hac vice*)
Stephen A. Maniscalco (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: estone@paulweiss.com
jwu@paulweiss.com
psandel@paulweiss.com
jgordon@paulweiss.com
afriedman@paulweiss.com
alinsey@paulweiss.com
smaniscalco@paulweiss.com

**AMGEN INC.**
Wendy A. Whiteford (SBN 150283)
Lois M. Kwasigroch (SBN 130159)
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
Email: wendy@amgen.com

*Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited*

**MORRISON & FOERSTER LLP**
Erik J. Olson (SBN 175815)
Eric C. Pai (SBN 247604)
755 Page Mill Road
Palo Alto, California 94304
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: ejolson@mofo.com
epai@mofo.com

Stephen David Keane (S.B.N. 247588)
12531 High Bluff Drive, Ste. 100
San Diego, California 92130
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
Email: skeane@mofo.com

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*