Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
Additional counsel listed on signature page

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing, Limited*

Rachel Krevans (SBN 116421)
MORRISON &FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: rkrevans@mofo.com
Additional counsel listed on signature page

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br>Case No. 3:16-cv-02581-RS<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR TRIAL** |
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS, D.D.,<br><br>Defendants. | |

1         Pursuant to Civil Local Rule 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited and Defendants Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek Pharmaceuticals, d.d. through their undersigned counsel, hereby stipulate as follows:

        WHEREAS, on May 4, 2017, the Parties submitted a Further Case Management Statement (-04741 Dkt. No. 240) setting forth reasons for requesting an extension of the schedule and proposing separate modified schedules to extend the dates;

        WHEREAS, on May 11, 2017, the Parties attended a Further Case Management Conference (-04741 Dkt. No. 246, -02581 Dkt. No. 79) and agreed to submit a joint proposal for a modified schedule;

        WHEREAS, on May 12, 2017, the Parties submitted a proposed modified schedule through dispositive motions (-04741 Dkt. No. 247, -02581 Dkt. No. 80), and the Court entered an order setting that schedule on May 15, 2017 (-04741 Dkt. No. 248, -02581 Dkt. No. 81);

        WHEREAS, the Parties have now further agreed to proposed trial dates as set forth below;

        WHEREAS, there have been no other scheduling modifications since the Court entered the Case Management Scheduling Order on October 28, 2016 (-04741 Dkt. No. 220, -02581 Dkt. No. 56) and modified the schedule through dispositive motions on May 15, 2017 (-04741 Dkt. No. 248, -02581 Dkt. No. 81); and

        WHEREAS, the requested extensions will change the Court's previous scheduling order as set forth below;

        NOW, THEREFORE, the parties hereby jointly request the modified schedule with trial dates as set forth below.

**Proposed Revised Schedule for Trial**

**Amgen v. Sandoz, Case No. 3:14-cv-04741-RS (N.D. Cal.)**
**Amgen v. Sandoz, Case No. 3:16-cv-02581RS (N.D. Cal.)**

| Description | Current Date from Court's 10/28/2016 Scheduling Order | Parties' Proposed Date |
|---|---|---|
| Pretrial Meet and Confer [21 Days prior to the final Pretrial Conference; Judge Seeborg Guidelines, ¶ A] | 11/9/2017 | 12/20/2017 |
| Joint Pretrial Statement and Order, Pretrial Exchanges, and Motions in Limine [10 days prior to the final Pretrial Conference; Judge Seeborg Guidelines, ¶¶ B, D] | 11/20/2017 | 1/16/2018 |
| Jury Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms [5 days prior to the final Pretrial Conference; Judge Seeborg Guidelines, ¶ D] | 11/24/2017 | 1/23/2018 |
| Oppositions to Motions in Limine [3 days prior to final Pretrial Conference; Judge Seeborg Guidelines, ¶¶ B, D] | 11/27/2017 | 1/25/2018 |
| Pretrial Conference | 11/30/2017 | 1/30/2018 |
| Optional Trial Briefs, Deposition and Discovery Designations [5 days prior to Trial; Judge Seeborg Guidelines, ¶ D] | 12/4/2017 | 1/31/2018 |
| Trial | 12/18/2017 | ~~2/5/2018 or at the Court's convenience~~ 3/26/2018 |

| | |
|---|---|
| **STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR TRIAL** | **Case No. 3:14-cv-04741-RS**<br>**Case No. 3:16-cv-02581-RS** |

Respectfully submitted,

Dated: May 18, 2017        By: */s/Nicholas Groombridge*
                           Nicholas Groombridge
                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                           1285 Avenue of the Americas
                           New York, NY 10019-6064
                           Telephone: (212) 373-3000
                           Facsimile: (212) 757-3990
                           Email:    ngroombridge@paulweiss.com

                           Vernon M. Winters (SBN 130128)
                           SIDLEY AUSTIN LLP
                           555 California Street, Suite 2000
                           San Francisco, CA 94104-1503
                           Telephone: (415) 772-1200
                           Facsimile: (415) 772-7400
                           vwinters@sidley.com

                           *Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.*

Dated: May 18, 2017        By: */s/Eric C. Pai*
                           Rachel Krevans (SBN 116421)
                           MORRISON & FOERSTER
                           425 Market Street
                           San Francisco, CA 94105-2482
                           Telephone: (415) 268-7000
                           Facsimile: (415) 268-7522
                           Email:    rkrevans@mofo.com

                           *Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*

3

**STIPULATION AND [PROPOSED]**　　　　　　　　　　　**Case No. 3:14-cv-04741-RS**
**SCHEDULING ORDER FOR TRIAL**　　　　　　　　　　　**Case No. 3:16-cv-02581-RS**

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: May 18, 2017

> *By: /s/ Sue Wang*
> Sue Wang

4

**STIPULATION AND [PROPOSED]**     **Case No. 3:14-cv-04741-RS**
**SCHEDULING ORDER FOR TRIAL**     **Case No. 3:16-cv-02581-RS**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 18, 2017

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE