Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
Additional counsel listed on signature page

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing, Limited*

Rachel Krevans (SBN 116421)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: rkrevans@mofo.com
Additional counsel listed on signature page

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>Defendants. | Case No. 3:14-cv-04741-RS<br>Case No. 3:16-cv-02581-RS<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** |
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC. SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS, D.D.,<br><br>Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing, |
| 2 | Limited and Defendants Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek |
| 3 | Pharmaceuticals, d.d. through their undersigned counsel, hereby stipulate as follows: |
| 4 | WHEREAS, on May 4, 2017, the Parties submitted a Further Case Management |
| 5 | Statement (-04741 Dkt. No. 240) setting forth reasons for requesting an extension of the |
| 6 | schedule and proposing separate modified schedules to extend the dates; |
| 7 | WHEREAS, following a Further Case Management Conference (-04741 Dkt. No. 246, - |
| 8 | 02581 Dkt. No. 79) and the Parties submissions of modified schedules, the Court entered an |
| 9 | order setting the schedule through dispositive motions (-04741 Dkt. No. 248, -02581 Dkt. No. |
| 10 | 81) and through trial (-04741 Dkt. No. 253, -02581 Dkt. No. 87); |
| 11 | WHEREAS, there have been no other scheduling modifications since the Court entered |
| 12 | the Case Management Scheduling Order on October 28, 2016 (-04741 Dkt. No. 220, -02581 |
| 13 | Dkt. No. 56) and modified the schedule through dispositive motions on May 15, 2017 (-04741 |
| 14 | Dkt. No. 248, -02581 Dkt. No. 81); and modified the schedule through trial on May, 19, 2017 |
| 15 | (-04741 Dkt. No. 253, -02581 Dkt. No. 87); |
| 16 | WHEREAS, the Parties agree that a short extension in the deadlines for exchange of |
| 17 | expert reports is needed and have now further agreed to the proposed modified expert discovery |
| 18 | dates for the exchange of opening expert reports, rebuttal expert reports, and reply expert |
| 19 | reports as set forth below; |
| 20 | WHEREAS, the requested extensions will change the Court's previous scheduling order |
| 21 | only as to the deadlines for the exchange of expert reports; |
| 22 | NOW, THEREFORE, the parties hereby jointly request the modified schedule as set |
| 23 | forth below. |

**Proposed Revised Schedule**

**Amgen v. Sandoz, Case No. 3:14-cv-04741-RS (N.D. Cal.)**
**Amgen v. Sandoz, Case No. 3:16-cv-02581RS (N.D. Cal.)**

| Description | Current Date from Court's Scheduling Order | Parties' Proposed Date |
|---|---|---|
| Opening Expert Reports (on issues where the party bears the burden of proof) | 7/14/2017 | 7/28/2017 |
| Rebuttal Expert Reports | 8/18/2017 | 9/1/2017 |
| Reply Expert Report (to rebut any alleged secondary considerations of non-obviousness, which shall be addressed first by Amgen in its Rebuttal Expert Reports) | 9/1/2017 | 9/15/2017 |
| Completion of Expert Discovery | 10/6/2017 | 10/6/2017 (Unchanged) |
| Next mediation before | 9/7/2017 | 9/7/2017 (Unchanged) |
| Deadline for Dispositive Motions | 10/25/2017 | 10/25/2017 (Unchanged) |
| Dispositive Motion Responsive Briefs | 11/13/2017 | 11/13/2017 (Unchanged) |
| Dispositive Motion Reply Briefs | 11/21/2017 | 11/21/2017 (Unchanged) |
| Dispositive Motion Hearing | 12/7/2017 or at the Court's convenience | 12/7/2017 or at the Court's convenience (Unchanged) |
| Pretrial Meet and Confer [21 Days prior to the final Pretrial Conference; Judge Seeborg Guidelines, ¶ A] | 12/20/2017 | 12/20/2017 (Unchanged) |

| Description | Current Date from Court's Scheduling Order | Parties' Proposed Date |
|---|---|---|
| Joint Pretrial Statement and Order, Pretrial Exchanges, and Motions in Limine [10 days prior to the final Pretrial Conference; Judge Seeborg Guidelines, ¶¶ B, D] | 1/16/2018 | 1/16/2018 (Unchanged) |
| Jury Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms [5 days prior to the final Pretrial Conference; Judge Seeborg Guidelines, ¶ D] | 1/23/2018 | 1/23/2018 (Unchanged) |
| Oppositions to Motions in Limine [3 days prior to final Pretrial Conference; Judge Seeborg Guidelines, ¶¶ B, D] | 1/25/2018 | 1/25/2018 (Unchanged) |
| Pretrial Conference | 1/30/2018 | 1/30/2018 (Unchanged) |
| Optional Trial Briefs, Deposition and Discovery Designations [5 days prior to Trial; Judge Seeborg Guidelines, ¶ D] | 1/31/2018 | 1/31/2018 (Unchanged) |
| Trial | 3/26/2018 | 3/26/2018 (Unchanged) |

Respectfully submitted,

Dated: July 10, 2017

By: */s/ Peter Sandel*
Peter Sandel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: psandel@paulweiss.com

Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

*Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.*

Dated: July 10, 2017

By: */s/ Eric C. Pai*
Rachel Krevans (SBN 116421)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: rkrevans@mofo.com

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*

4

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: July 10, 2017

*By: /s/ Sue Wang*
Sue Wang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>July 11</u>, 2017

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE