NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AMGEN INC., AMGEN MANUFACTURING LIMITED,**
*Plaintiffs-Appellants*

v.

**SANDOZ INC.,**
*Defendant-Appellee*

_____

2015-1499

_____

Appeal from the United States District Court for the Northern District of California in No. 3:14-cv-04741-RS, Judge Richard Seeborg.

_____

*SUA SPONTE*

_____

PER CURIAM.

**O R D E R**

The court *sua sponte* enters the following order in *Amgen Inc. v. Sandoz Inc.* (No. 2015-1499).

IT IS ORDERED THAT:

The mandate of this court issued on October 23, 2015 is recalled, the appeal is reinstated, and the court's July 21, 2015 opinion is vacated.

The parties are hereby directed to file simultaneous supplemental briefs, not to exceed twenty pages each, stating their positions relating to the appropriate action to be taken by the court on remand following the Supreme Court's decision, *Sandoz Inc. v. Amgen Inc.*, 137 S. Ct. 1664 (2017), *see* Internal Operating Procedure ("IOP") 15(3), particularly whether: (1) the BPCIA preempts additional remedies under state law for an applicant's failure to comply with 42 U.S.C. § 262(*l*)(2)(A); (2) Sandoz has waived any preemption defense; and (3) California law would treat noncompliance with 42 U.S.C. § 262(*l*)(2)(A) as "unlawful" under Cal. Bus. & Prof. Code § 17200.  The briefs shall be filed no later than two weeks from the date of this order.

                                          FOR THE COURT

 July 26, 2017                    /s/ Peter R. Marksteiner
       Date                       Peter R. Marksteiner
                                  Clerk of Court

cc: Deanne E. Maynard
    Nicholas Groombridge