Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
Additional counsel listed below

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing, Limited*

Erik J. Olson (SBN 175815)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: 650.813.5600
Facsimile: 650.494.0792
ejolson@mofo.com
Additional counsel listed below

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, and Sandoz International GmbH*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-04741-RS<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE REBUTTAL EXPERT REPORTS ON THE '427 PATENT** |

1       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited and Defendants Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH, through their undersigned counsel, hereby stipulate as follows:

      WHEREAS, on August 23, 2017, Amgen and Sandoz attended a mediation with Robert B. Davidson where the parties made progress on resolving disputes regarding U.S. Patent No. 6,162,427 ("the '427 patent"), and agreed to terms for a stipulated offer of judgment, subject to the approval of both Amgen and Sandoz's managements;

      WHEREAS, on September 1, 2017, the Court granted the parties' stipulated request to extend time to file rebuttal expert reports on the '427 patent from September 1, 2017 until today, September 8, 2017, so that the parties may reach agreement on a draft stipulation for entry of judgment regarding the '427 patent (Dkt. No. 268);

      WHEREAS, the parties have exchanged draft stipulations, but have yet to reach agreement on a draft;

      WHEREAS, the parties are confident that they can reach agreement but require more time to discuss the exchanged drafts;

      WHEREAS, a three-business-day extension of the time to exchange rebuttal expert reports on the '427 patent is needed so that the parties may reach agreement on a draft stipulation, and provide rebuttal expert reports only if no agreement can be reached;

      WHEREAS, the scheduling modifications since the Court entered the Case Management Scheduling Order on October 28, 2016 together with Case No. 3:16-cv-02581-RS (Dkt. No. 220) are as follows: the Court modified the schedule through dispositive motions on May 15, 2017 (Dkt. No. 248); modified the schedule through trial on May 19, 2017 (Dkt. No. 253); modified the deadlines for the exchange of expert reports (Dkt. No. 259); and modified the deadline for the exchange of rebuttal expert reports on the '427 patent (Dkt. No. 268);

      WHEREAS, the extension requested will not change any other dates from the Court's last scheduling order, although Amgen will agree to extend the deadline for Sandoz to serve expert reply reports on the '427 patent, if any;

1

**STIPULATED REQUEST AND [PROPOSED] ORDER**      Case No. 3:14-cv-04741-RS
**REGARDING '427 PATENT REBUTTAL EXPERT REPORTS**

NOW, THEREFORE, the parties hereby jointly request that this Court extend the time to file rebuttal expert reports on the '427 patent by three business days from today, to September 13, 2017.

Respectfully submitted,

Dated: September 8, 2017     By: /s/ *Eric Alan Stone*
                                  Eric Alan Stone
                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                  1285 Avenue of the Americas
                                  New York, NY 10019-6064
                                  Telephone:  (212) 373-3000
                                  Facsimile: (212) 757-3990
                                  estone@paulweiss.com

                                  Vernon M. Winters (SBN 130128)
                                  SIDLEY AUSTIN LLP
                                  555 California Street, Suite 2000
                                  San Francisco, CA 94104-1503
                                  Telephone: (415) 772-1200
                                  Facsimile: (415) 772-7400
                                  vwinters@sidley.com

                                  *Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.*

Dated: September 8, 2017     By: /s/ *Erik J. Olson*
                                  Erik J. Olson (SBN 175815)
                                  MORRISON & FOERSTER LLP
                                  755 Page Mill Road
                                  Palo Alto, California 94304
                                  Telephone: 650.813.5600
                                  Facsimile: 650.494.0792
                                  ejolson@mofo.com

                                  *Attorneys for Defendants Sandoz Inc., Sandoz GmbH, and Sandoz International GmbH*

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above. |

Dated: September 8, 2017

By: /s/ *Sue Wang*
Sue Wang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __9/8__, 2017        _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

**STIPULATED REQUEST AND [PROPOSED] ORDER         Case No. 3:14-cv-04741-RS
REGARDING '427 PATENT REBUTTAL EXPERT REPORTS**