Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

Additional counsel listed below

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing, Limited*

Erik J. Olson (SBN 175815)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: 650.813.5600
Facsimile: 650.494.0792
ejolson@mofo.com

Additional counsel listed below

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals d.d.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>      Plaintiffs,<br> vs.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH<br>      Defendants. | Case No. 3:14-cv-04741-RS<br>Case No. 3:16-cv-02581-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR CORRECTION OF THE DEADLINES FOR RESPONSES AND REPLIES TO SANDOZ'S MOTIONS FOR SUMMARY JUDGMENT SET FORTH IN ECF DOCKET ENTRIES** |
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>      Plaintiffs,<br> vs.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS D.D.<br>      Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing, |
| 2 | Limited and Defendants Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek |
| 3 | Pharmaceuticals d.d., through their undersigned counsel, hereby stipulate as follows: |
| 4 | WHEREAS, the deadlines for responses and replies to dispositive motions are set in the |
| 5 | Court's current Scheduling Orders (14-cv-04741 Dkt. No. 259; 16-cv-02581 Dkt. No. 91) as |
| 6 | November 13, 2017 and November 21, 2017, respectively; |
| 7 | WHEREAS, the ECF docket entries for Sandoz's summary judgment motions (14-cv- |
| 8 | 04741 Dkt. Nos. 280 & 281; 16-cv-02581 Dkt. Nos. 118 & 119) do not reflect the due dates set |
| 9 | forth in the Scheduling Orders and thus incorrectly state that "Responses due by |
| 10 | 11/8/2017.  Replies due by 11/15/2017"; |
| 11 | NOW, THEREFORE, the parties request that the Court correct the response and reply |
| 12 | deadlines set forth in the ECF docket entries for Sandoz's summary judgment motions (14-cv- |
| 13 | 04741 Dkt. Nos. 280 & 281; 16-cv-02581 Dkt. Nos. 118 & 119). |

1

**STIPULATION AND [PROPOSED] ORDER**   Case No. 3:14-cv-04741-RS
**FOR CORRECTION OF DOCKET DEADLINES**   Case No. 3:16-cv-02581-RS

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: November 7, 2017 | By: /s/ *Vernon M. Winters* |
| | | Vernon M. Winters (SBN 130128) |
| 3 | | SIDLEY AUSTIN LLP |
| 4 | | 555 California Street, Suite 2000 |
| | | San Francisco, CA 94104-1503 |
| 5 | | Telephone: (415) 772-1200 |
| | | Facsimile: (415) 772-7400 |
| 6 | | vwinters@sidley.com |
| 7 | | *Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.* |
| 8 | Dated: November 7, 2017 | By: /s/ *Stephen David Keane* |
| | | Stephen David Keane (SBN 247588) |
| 9 | | MORRISON & FOERSTER LLP |
| | | 12531 High Bluff Drive, Ste. 100 |
| 10 | | San Diego, California 92130 |
| 11 | | Telephone: (858) 720-5100 |
| | | Facsimile: (858) 720-5125 |
| 12 | | skeane@mofo.com |
| 13 | | *Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals d.d.* |

2

# SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: November 7, 2017

By: /s/ *Vernon M. Winters*
Vernon M. Winters

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/7 , 2017

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE