Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
vwinters@sidley.com

Nicholas Groombridge (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing, Limited*

Erik J. Olson (SBN 175815)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
ejolson@mofo.com

*Attorneys for Defendants Sandoz Inc., Sandoz
GmbH, Sandoz International GmbH, and Lek
Pharmaceuticals, d.d.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>       Plaintiffs,<br><br> v.<br><br>SANDOZ INC., SANDOZ<br>INTERNATIONAL GMBH, and<br>SANDOZ GMBH,<br><br>       Defendants. | Case No. 3:14-cv-04741-RS<br>Case No. 3:16-cv-02581-RS<br><br>**STIPULATION AND [**~~PROPOSED~~**]<br>ORDER REGARDING SUMMARY<br>JUDGMENT HEARING** |
| AMGEN INC. and AMGEN<br>MANUFACTURING, LIMITED,<br><br>       Plaintiffs,<br><br> v.<br><br>SANDOZ INC. SANDOZ<br>INTERNATIONAL GMBH, SANDOZ<br>GMBH, and LEK PHARMACEUTICALS,<br>D.D.,<br><br>       Defendants. | |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs Amgen Inc. and Amgen Manufacturing,
2 Limited ("Amgen") and Defendants Sandoz Inc., Sandoz International GmbH, Sandoz GmbH,
3 and Lek Pharmaceuticals, d.d. through their undersigned counsel, hereby stipulate as follows:
4    WHEREAS, the Court entered an order setting the summary judgment hearing for Dec.
5 7, 2017 (-04741 Dkt. No. 259, -02581 Dkt. No. 91);
6    WHEREAS, the Court entered an order that continued the summary judgment hearing
7 from Dec. 7, 2017 to Dec. 18, 2017 at 1:30 p.m. (-04741 Dkt. No. 285, -02581 Dkt. No. 123);
8    WHEREAS, Sandoz desires to move the summary judgment hearing time to Dec. 18,
9 2017 at 10:00 a.m., subject to the Court's availability, in order to accommodate certain travel
10 arrangements of participants who will be attending the hearing; and
11    WHERREAS, Amgen does not oppose moving the hearing time to 10:00 a.m. provided
12 that the hearing date remains December 18, 2017;
13    NOW, THEREFORE, the Parties hereby request that the Court move the summary
14 judgment hearing time to Dec. 18, 2017 at 10:00 a.m.

1

**STIPULATION AND [PROPOSED] ORDER**
sd-709760

Case No. 3:14-cv-04741-RS
Case No. 3:16-cv-02581-RS

Respectfully submitted,

Dated: November 16, 2017

By: */s/ Nicholas Groombridge*
Nicholas Groombridge
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: ngroombridge@paulweiss.com

Vernon M. Winters (SBN 130128)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1503
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: vwinters@sidley.com

*Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.*

Dated: November 16, 2017

By: */s/ Erik J. Olson*
Erik J. Olson (SBN 175815)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: ejolson@mofo.com

*Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*

2

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: November 16, 2017

*By: /s/ Erik J. Olson*
Erik J. Olson

---

**STIPULATION AND [PROPOSED] ORDER**
sd-709760

3

**Case No. 3:14-cv-04741-RS**
**Case No. 3:16-cv-02581-RS**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/17__, 2017    _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION AND [PROPOSED] ORDER
sd-709760

Case No. 3:14-cv-04741-RS
Case No. 3:16-cv-02581-RS