| | |
|---|---|
| Vernon M. Winters (SBN 130128)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1503<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>vwinters@sidley.com | Erik J. Olson (SBN 175815)<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>ejolson@mofo.com |
| Nicholas Groombridge (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>ngroombridge@paulweiss.com | *Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.* |

*Attorneys for Plaintiffs Amgen Inc.*
*and Amgen Manufacturing, Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>              Plaintiffs,<br><br>    v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, and SANDOZ GMBH,<br><br>              Defendants. | Case No. 3:14-cv-04741-RS<br>Case No. 3:16-cv-02581-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SANDOZ'S BILL OF COSTS** |
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>              Plaintiffs,<br><br>    v.<br><br>SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, and LEK PHARMACEUTICALS, D.D.,<br><br>              Defendants. | |

Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited ("Amgen") and Defendants Sandoz Inc., Sandoz International GmbH, Sandoz GmbH, and Lek Pharmaceuticals, d.d. ("Sandoz"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Sandoz filed bills of costs on January 22, 2018 (Case No. 3:14-cv-04741-RS, Dkt. No. 354; Case No. 3:16-cv-02581-RS, Dkt. Nos. 188, 191);

WHEREAS, counsel for both parties met and conferred regarding Sandoz's bills of costs and arrived at a compromise to avoid further burdening the Court;

WHEREAS, Sandoz agreed to reduce its requested costs for "Visual aids, Civil LR 54(d)(5)" in Case No. 3:14-cv-04741-RS (Dkt. No. 35) from $22,528.50 to $13,155.00;

WHEREAS, this adjustment reduces the total amount requested in Sandoz's bill of costs filed in Case No. 3:14-cv-04741-RS (Dkt. No. 35) from $145,141.49 to $135,767.99;

WHEREAS, the total amount requested in Sandoz's bill of costs filed in Case No. 3:16-cv-02581-RS (Dkt. Nos. 188, 191) remains unchanged at $915.00;

WHEREAS, in light of this reduction, Amgen agreed not to file objections or otherwise oppose Sandoz's bills of costs;

NOW, THEREFORE, the parties agree that costs in Case No. 3:14-cv-04741-RS may be taxed in the amount of $135,767.99 and costs in Case No. 3:16-cv-02581-RS may be taxed in the amount of $915.00.

1

STIPULATION AND [PROPOSED] ORDER REGARDING SANDOZ'S BILL OF COSTS
Case Nos. 3:14-cv-04741-RS, 3:16-cv-02581-RS
pa-1831838

Respectfully submitted,

Dated: February 5, 2018            By: */s/ Jennifer H. Wu*
                                   Jennifer H. Wu
                                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                   1285 Avenue of the Americas
                                   New York, NY 10019-6064
                                   Telephone: (212) 373-3000
                                   Facsimile: (212) 757-3990
                                   Email:    jwu@paulweiss.com

                                   Vernon M. Winters (SBN 130128)
                                   SIDLEY AUSTIN LLP
                                   555 California Street, Suite 2000
                                   San Francisco, CA 94104-1503
                                   Telephone: (415) 772-1200
                                   Facsimile: (415) 772-7400
                                   Email:    vwinters@sidley.com

                                   *Attorneys for Amgen Inc. and Amgen Manufacturing, Ltd.*

Dated: February 5, 2018            By: */s/ Erik J. Olson*
                                   Erik J. Olson (SBN 175815)
                                   MORRISON & FOERSTER
                                   755 Page Mill Road
                                   Palo Alto, CA 94304-1018
                                   Telephone: (650) 813-5600
                                   Facsimile: (650) 494-0792
                                   Email:    ejolson@mofo.com

                                   *Attorneys for Defendants Sandoz Inc., Sandoz GmbH, Sandoz International GmbH, and Lek Pharmaceuticals, d.d.*

2

STIPULATION AND [PROPOSED] ORDER REGARDING SANDOZ'S BILL OF COSTS
Case Nos. 3:14-cv-04741-RS, 3:16-cv-02581-RS
pa-1831838

# SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: February 5, 2018

*By: /s/ Erik J. Olson*
Erik J. Olson

3

STIPULATION AND [PROPOSED] ORDER REGARDING SANDOZ'S BILL OF COSTS
Case Nos. 3:14-cv-04741-RS, 3:16-cv-02581-RS
pa-1831838

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/6 , 2018

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION AND [PROPOSED] ORDER REGARDING SANDOZ'S BILL OF COSTS
Case Nos. 3:14-cv-04741-RS, 3:16-cv-02581-RS
pa-1831838